UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive;<br><br>  Defendants. | No. 2:24-cv-3100 WBS SCR<br><br><br><br>ORDER RELATING CASES |
| BRUCE GARRETT,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF MOUNT SHASTA, a public entity; JEREMIAH CAPURRO, as an individual and in his capacity as a public employee; and NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak;,<br><br>  Defendants. | No. 2:25-cv-420 DAD CKD |

1

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve some of the same defendants and involve the same incident. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Detwiler v. City of Mount Shasta, 2:24-cv-3100 WBS SCR, and Garrett v. City of Mount Shasta, 2:25-cv-420 DAD CKD, be, and the same hereby are, deemed related. The case denominated Garrett v. City of Mount Shasta, 2:25-cv-420 DAD CKD, shall be reassigned to Judge WILLIAM B. SHUBB and Judge SEAN C. RIORDAN. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Garrett v. City of Mount Shasta, 2:25-cv-420 WBS SCR.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: April 8, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE