Anthony S. Petru, Esq., State Bar No.: 91399
Charles S. Bracewell, Esq., State Bar No.: 284985
Jessica L. Danielski, Of Counsel, State Bar No.: 308940
HILDEBRAND, McLEOD & NELSON LLP
5335 College Avenue, Suite 5A
Oakland, CA 94618
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
BRUCE GARRETT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BRUCE GARRETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF MOUNT SHASTA, a public entity; JEREMIAH CAPURRO, as an individual and in his capacity as a public employee; and NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak,<br><br>　　　　　Defendants. | CASE NO.: 2:25−CV−00420−WBS-SCR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CITY OF MOUNT SHASTA AND JEREMIAH CAPURRO; AND ORDER THEREON** |

///
///
///
///
///
///
///

1
Joint Stipulation for Dismissal With Prejudice and Order Thereon

Plaintiff BRUCE GARRETT, Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak, Defendant CITY OF MOUNT SHASTA, and Defendant JEREMIAH CAPURRO, acting through their respective counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against Defendant CITY OF MOUNT SHASTA, and Defendant JEREMIAH CAPURRO, only, with each party to bear their own costs and attorney's fees.

Dated: October 6, 2025             HILDEBRAND, McLEOD & NELSON LLP


                                   By: *Jessica Danielski*
                                       JESSICA DANIELSKI
                                       Attorney for Plaintiff
                                       BRUCE GARRETT

Dated: October 6, 2025             ANGELO, KILDAY & KILDUFF, LLP


                                   By  *Derick Konz (with permission)*
                                       DERICK E. KONZ
                                       WILLIAM J. BITTNER
                                       MATTHEW B. GRACE
                                       Attorneys for Defendants CITY OF
                                       MOUNT SHASTA and JEREMIAH
                                       CAPURRO

DATED: October 6, 2025             CASTILLO, MORIARTY & ROBINSON


                                   By: *Alexei Offill-Klein (with permission)*
                                       ALEXEI OFFILL-KLEIN
                                       Attorney for Defendant
                                       NATIONAL RAILROAD PASSENGER
                                       CORPORATION dba Amtrak

**ORDER**

The Stipulation is approved.  The action against Defendant CITY OF MOUNT SHASTA, and Defendant JEREMIAH CAPURRO, including all claims stated herein, is hereby dismissed with prejudice.

Dated:  October 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE