Anthony S. Petru, Esq., State Bar No.: 91399
Charles S. Bracewell, Esq., State Bar No.: 284985
Jessica L. Danielski, State Bar No.: 308940
Rachael D. Lohrey, State Bar No.: 299975
HILDEBRAND, McLEOD & NELSON LLP
5335 College Avenue, Suite 5A
Oakland, CA 94618
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
BRUCE GARRETT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BRUCE GARRETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak,<br><br>　　　　Defendants. | CASE NO.: 2:25−CV−00420−WBS-SCR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); AND ORDER THEREON** |

///

///

///

///

///

///

///

Plaintiff BRUCE GARRETT and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak, acting through their respective counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein with each party to bear their own costs and attorney's fees.

Dated: November 10, 2025            HILDEBRAND, McLEOD & NELSON LLP


By: */s/ Jessica Danielski*
   JESSICA DANIELSKI
   Attorney for Plaintiff
   BRUCE GARRETT


DATED: November 10, 2025            CASTILLO, MORIARTY & ROBINSON


By: */s/ Alexei Offill-Klein (with permission)*
   ALEXEI OFFILL-KLEIN
   Attorney for Defendant
   NATIONAL RAILROAD PASSENGER
   CORPORATION dba Amtrak

HILDEBRAND, McLEOD & NELSON, LLP
5335 COLLEGE AVENUE, SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

**ORDER**

The Stipulation is approved. The action, including all claims stated herein, is hereby dismissed with prejudice.

Dated: November 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE